UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORY BLACK,<br><br>                           Plaintiff,<br><br>       -against-<br><br>OFFICER DEANDRE DORSEY; OFFICER MATTHEW CABILLIS,<br><br>                           Defendants. | 25cv829 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the January 30, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 4, 2025
            New York, New York

                                             /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                           Chief United States District Judge